28

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

*Gateway Tugs, Inc*

versus

§
§
§
§
§
§
§

SEP 0 1 1998
Michael N. Milby
Clerk of Court

CIVIL ACTION B 98-39

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge