United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF GATEWAY TUGS, INC., as Owner of the TUG EL TORO, its engines, tackle, apparel, etc. in a cause of exoneration from or limitation of liability | § § § § § § | C.A. NO. B-98-039<br><br>In Admiralty Under<br><br>Fed. R. Civ. P. 9(h) |

## ORDER OF DISMISSAL

AND NOW, IT IS ORDERED that the causes of action alleged by the Petitioner and contained in the Petitioner's Libel and Petition and with respect to the Petitioner's Notice of Dismissal Pursuant to Fed.R.Civ.R. 41(a)(1)(i), are DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED that any and all attorneys' fees, court costs, expenses, disbursements, or any other sums of money incurred by each party in the prosecution of this matter shall be borne by the party or parties incurring them.

SIGNED THIS ___30___ day of ___August___, 1999.

_____
JUDGE PRESIDING